[No. 42402-5-I. Division One. June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT BLOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07031-3, Faith Ireland, J., entered March 23, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42664-8-I. Division One. June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GARRY LEE PECK, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-1-00520-4, John M. Meyer, J., entered May 7, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42738-5-I. Division One. June 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN S. McLEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-1-00078-8, David A. Nichols, J., entered May 20, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42747-4-I. Division One. June 21, 1999.]

ROBERT CAVANAUGH, *Appellant*, v. THE CITY OF BELLEVUE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-07042-1, Philip G. Hubbard, Jr., J., entered April 28, 1998. *Affirmed* by unpublished per curiam opinion.